Filed 5/16/13  P. v. Brown CA6
## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>        v.<br><br>MELVIN TYRONE BROWN,<br><br>    Defendant and Appellant. | H038354<br>(Santa Clara County<br>Super. Ct. Nos. CC315692 &<br>CC316794) |

Defendant Melvin Tyrone Brown was convicted of a variety of robbery related offenses, and sentenced to state prison in 2004.  On April 11, 2012, defendant filed a motion to correct the abstract of judgment.  The trial court denied the motion and this timely appeal ensued.

On appeal, we appointed counsel to represent defendant in this court.  Appointed counsel filed an opening brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) which states the case and the facts but raises no specific issues.  *Wende* review is only available in a first appeal of right.  (*People v. Serrano* (2012) 211 Cal.App.4th 496, 501 (*Serrano*).)  Because defendant's appeal is from an order after judgment, and not a first appeal of right, he is not entitled to *Wende* review.  Therefore, we will proceed with this appeal pursuant to the standards we enunciated in *Serrano*.  Pursuant to *Serrano,* on March 14, 2013 we notified defendant of his right to submit written argument in his own

behalf within 30 days.  Thirty days have elapsed and we have received nothing from defendant.

The defendant having failed to raise any issue on appeal, we dismiss the appeal as abandoned.  (*Serrano.*, *supra*, 211 Cal.App.4th at pp. 503-504.)

**DISPOSITION**

The appeal is dismissed as abandoned.


_____
RUSHING, P.J.


WE CONCUR:




_____
PREMO, J.




_____
ELIA, J.


2